IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO: 5:22-CV-45-D

A.R., by and through her mother, )
D.R. )
      Plaintiff, )
)
v. )   ORDER TO PROCEED USING
)   PSEUDONYM
)
WAKE COUNTY BOARD OF )
BOARD OF EDUCATION )
)
)
      Defendant. )
_____)

THIS CAUSE coming on to be heard by the undersigned Honorable Judge District Judge James C. Dever, III on Attorney Neubia L. Harris' Motion to Proceed Using Pseudonym; and it appearing to the Court that good cause exists and that the Motion should be allowed:

IT IS THEREFORE ORDERED that the Court shall proceed with the use of a pseudonym when referring to the minor Plaintiff A.R. and her mother, D.R.

SO ORDERED. This 9 day of February, 2022.

JAMES C. DEVER III
United States District Judge