UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| A.R., by and through her mother, D.R., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WAKE COUNTY BOARD OF EDUCATION, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:22-CV-45-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS IN PART defendant's motion to dismiss [D.E. 14] and DISMISSES WITH PREJUDICE plaintiffs' Title IX claim. The court ,DECLINES to exercise supplemental jurisdiction over plaintiffs' remaining state-law claim and DISMISSES WITHOUT PREJUDICE the state-law claim to allow plaintiffs the opportunity to refile their state-law claim in the Superior Court of North Carolina if desired.

**This Judgment Filed and Entered on November 15, 2022, and Copies To:**

| | |
|---|---|
| Neubia L. Harris | (via CM/ECF electronic notification) |
| David B. Noland | (via CM/ECF electronic notification) |
| Deborah R. Stagner | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>November 15, 2022 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Sellers<br>Deputy Clerk |